IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Walker D. Miller

Criminal Action No. 06-cr-00285-WDM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ANDRE GALLOWAY,

    Defendant.

_____

**ORDER**
_____

    This matter is before me on the Defendant's Request for Recommendation of Phoenix BOP Facility. It is now ordered that the Judgment and Commitment Order is amended to state: "The court makes the following recommendations to the Bureau of Prisons: Designation to an appropriate facility in Phoenix, Arizona, for service of sentence, to be close to his family."

    DATED at Denver, Colorado, on March 30, 2007.

    BY THE COURT:

    s/ Walker D. Miller
    United States District Judge

PDF FINAL